UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **HONEYWELL INTERNATIONAL INC.,**<br><br>Plaintiff-Counterclaim Defendant,<br><br>v.<br><br>**ECOER INC. and INVERTERCOOL, INC.,**<br><br>Defendants-Counterclaim Plaintiffs. | Case No.: 1:24-cv-01464-PAE |

**PLAINTIFF-COUNTERCLAIM DEFENDANT HONEYWELL INTERNATIONAL INC.'S NOTICE OF MOTION TO DISMISS DEFENDANTS-COUNTERCLAIM PLAINTIFFS ECOER INC. AND INVERTERCOOL, INC.'s COUNTERCLAIMS**

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in support of Plaintiff-Counterclaim Defendant Honeywell International Inc.'s Motion to Dismiss Defendants-Counterclaim Plaintiffs Ecoer Inc. ("Ecoer") and InverterCool, Inc.'s ("InverterCool") (together, "Defendants") Counterclaims, dated May 2, 2024, the Declaration of Theresa M. House and the exhibit annexed thereto, and all pleadings and papers on file in this action, Plaintiff-Counterclaim Defendant Honeywell International Inc. hereby moves this Court before the Honorable Judge Paul A. Engelmayer, U.S. District Court, Southern District of New York, at Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007, for an order dismissing Defendants' Counterclaims in the above-referenced action with prejudice, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, as described in the Memorandum of Law.

May 2, 2024                                      Respectfully submitted,

/s/ Theresa M. House
Theresa M. House
Matthew T. Salzmann
Angela R. Vicari
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, NY 10019-9710
(212) 836-8000
Theresa.House@arnoldporter.com
Matthew.Salzmann@arnoldporter.com
Angela.Vicari@arnoldporter.com

*Attorneys for Plaintiff-Counterclaim Defendant Honeywell International Inc.*