UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HONEYWELL INTERNATIONAL INC.

                              Plaintiff,

           -v-

ECOER INC., *et al.*,

                             Defendants.

24 Civ. 1464 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

At today's initial pretrial conference in this case, the Court discussed with the parties whether to stay or bifurcate discovery pending resolution of plaintiff's motion to dismiss defendants' counterclaims. The Court concludes that efficiency and convenience favor staying discovery, apart from initial disclosures, until resolution of plaintiff's motion. *See HAHA Glob., Inc. v. Barclays*, No. 19 Civ. 4749 (VEC), 2020 WL 832341, at *1 (S.D.N.Y. Feb. 20, 2020).

In the meantime, the Court directs counsel to meet and confer to discuss discovery protocols as to plaintiff's claims, so as to ensure the parties will be able promptly to commence discovery once plaintiff's motion has been resolved. The Court directs the parties to submit, no more than a week after the Court rules on plaintiff's motion, a proposed case-management plan. The plan should contemplate the completion of fact discovery within four months of the Court's ruling on plaintiff's motion.

SO ORDERED.

                                                          *Paul A. Engelmayer*
                                                          PAUL A. ENGELMAYER
                                                          United States District Judge

Dated: May 14, 2024
        New York, New York