UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
HONEYWELL INTERNATIONAL
INC.,

                         Plaintiff,                      24 Civ. No. 1464 (PAE)

       -against-                             **PRE-SETTLEMENT**
                                                              **CONFERENCE ORDER**

ECOER INC. and INVERTERCOOL
INC.,

                         Defendants.
------------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

      This action is scheduled for a Pre-Settlement Conference Call on **Tuesday, February 4, 2025 at 12:00 p.m.**, to discuss the scheduling of and preparation for a Settlement Conference. The parties are directed to consult the undersigned's Settlement Conference Procedures, available at https://nysd.uscourts.gov/hon-gary-stein.  Counsel are directed to join the conference via Microsoft Teams at the scheduled time.  **Please dial (646) 453-4442, Access Code: 493 263 42#.**

      SO ORDERED.

DATED:     New York, New York
                January 28, 2025

                                                                   The Honorable Gary Stein
                                                                   United States Magistrate Judge