UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------

HONEYWELL INTERNATIONAL INC.,

                           Plaintiff,

-v-

ECOER INC. *and* INVERTERCOOL INC.,

                          Defendants.

24 Civ. 1464 (PAE)

ORDER

------------------------------------------------------------

PAUL A. ENGELMAYER, District Judge:

       The Court has reviewed the 12 documents from the amended privilege log of plaintiff Honeywell International Inc. ("Honeywell") that Honeywell had identified as representative of the documents it has withheld or redacted based on claims of privilege. These documents are listed on lines 144, 248, 293, 351, 407, 420, 448, 481, 517, 552, 554, and 593 of Honeywell's amended privilege log. Dkt. 70, Ex. C. The Court's considered determination is that each of these documents was, clearly, properly withheld (or redacted) as privileged.

       It is not clear to the Court there is a productive purpose to be served by the Court's further review of Honeywell's privilege designations. If, however, defendants Ecoer Inc. and InverterCool Inc. (collectively, "Ecoer") believe otherwise, the Court stands ready to review an additional 12 such documents, chosen by Ecoer. In the interest of promptly completing this exercise, should the defense seek additional review by the Court, it is to identify the 12 additional documents by letter, filed on the docket of this case, by 5 p.m. tomorrow, January 31, 2025.

SO ORDERED.

*Paul A. Engelmayer*

Paul A. Engelmayer
United States District Judge

Dated: January 30, 2025
      New York, New York

2