UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HONEYWELL INTERNATIONAL INC.,

                              Plaintiff,

         -v-

ECOER INC. *and* INVERTERCOOL INC.,

                             Defendants.

24 Civ. 1464 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

      The Court is in receipt of a motion to reopen this case by YES PLLC, counsel of record for defendants Ecoer Inc. and InverterCool Inc. (collectively, "Ecoer"), to supply a vehicle for YES PLLC to assert a lien against any recovery by Ecoer in this action pursuant to a confidential settlement agreement between the parties. Dkt. 85 (motion to reopen); *see* Dkt. 84 (30-day order). The Court directs Ecoer, which continues to be represented by YES PLLC's co-counsel Kirsch & Niehaus PLLC, and plaintiff Honeywell International Inc. ("Honeywell") to file separate letter responses to YES PLLC's motion **by Tuesday, March 18, 2025**. The parties are directed to address, *inter alia*, (1) whether the existence of a charging lien warrants reopening this case, in which the parties have elected against the Court's retaining jurisdiction for the purposes of enforcing the terms of any settlement agreement, *see* Dkt. 84 at 1; and (2) whether an alternative vehicle exists for any claims that YES PLLC may have against Ecoer, *e.g.*, a separate proceeding in state court.

      Insofar as YES PLLC's submissions do not reflect any effort to meet and confer prior to its filing the instant motion, *see* Dkt. 85 at 2–3, the Court separately directs YES PLLC to do so forthwith, as the controversy raised by YES PLLC appears eminently resolvable by counsel.

SO ORDERED.

*Paul A. Engelmayer*

Paul A. Engelmayer
United States District Judge

Dated: March 12, 2025
      New York, New York